AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Arizona

**SEALED**

OHND CASE NO. 1:22 MJ 4364

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22- 5576MJ |
| | ) | |
| Joshua Russell | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Joshua Russell                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Knowingly transmit in interstate commerce, with intent to threathen, voice messages containing threats to injure and kill an officer with the Arizona Secretary of State's Office, in violation of 18 U.S.C. section 875(c), Interstate Threats.

Date:     12/09/2022 at 1:36 pm          _____
                                                              *Issuing officer's signature*

City and state:     Phoenix, AZ                Deborah M. Fine, U.S. Magistrate Judge
                                                              *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____             _____
                                                              *Arresting officer's signature*

                                                              _____
                                                              *Printed name and title*